In the Matter of IRA M. GREENE, Appellant, against WILLIAM
J. HEFFERNAN et al., Constituting the Board of Elections of
the City of New York, et al., Respondents.

Submitted October 14, 1947; decided October 14, 1947.

*Allen Goodwin* for motion.
*Lewis Abrahams* opposed.

Motion for leave to appeal denied upon the ground an appeal
lies as of right.